NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re NIKE, INC.,**
*Appellant*

---

2025-1801

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01460.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Nike, Inc.'s unopposed motion to voluntarily dismiss its appeal under Federal Rule of Appellate Procedure 42(b), noting that each party shall bear its own costs,

2                                                              IN RE NIKE, INC.

IT IS ORDERED THAT:

(1)  The motion is granted, and the appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 18, 2025
        Date

ISSUED AS A MANDATE: August 18, 2025

cc: United States Patent and Trademark Office